UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| | : | Crim. No. 18-CR-603(KSH) |
| v. | : | |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | |
| KEVIN DCOSTA | : | |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

On or about May 24, 2018, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**KEVIN DCOSTA,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, Essex County, did knowingly possess in and affecting commerce a loaded firearm, namely a Smith & Wesson .40 caliber pistol, model no. 4026, bearing serial number TZY7305, and eleven (11) rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1), which is set forth in this Indictment, the defendant,

**KEVIN DCOSTA,**

shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, including, but not limited to, the following:

(1) a Smith & Wesson .40 caliber pistol, model no. 4026, bearing serial number TZY7305; and

(2) eleven (11) rounds of .40 caliber ammunition.

A TRUE BILL

_____
FOREPERSON

_Craig Carpenito_
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 18-CR-603(KSH)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

Kevin Dcosta

## INDICTMENT FOR
18 U.S.C. § 922(g)(1)

A True Bill,

Foreperson

**CRAIG CARPENITO**
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

ROBERT SCRIVO
ASSISTANT U.S. ATTORNEY
973-645-2759